IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NOS. 10-229 & 11-174 |
| RAFAEL PAREDES<br>USM# 61712-066 | : |

### ORDER

AND NOW this 22nd day of December, 2014, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 51 months, effective November 1, 2015.

BY THE COURT:

/s/ Harvey Bartle

THE HONORABLE HARVEY BARTLE, III
Senior United States District Court Judge

Copies to
US Marshall (2)